UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:14-MJ-2425-1

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Blaize O. Hunt** | ) | |
| | ) | |

On October 8, 2015, Blaize O. Hunt appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 21 U.S.C. § 844(a), Simple Possession of Marijuana was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on July 6, 2016, the court finds as a fact that Blaize O. Hunt, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Criminal conduct.
3. Failure to pay a monetary obligation.
4. Failure to participate as directed in a urinalysis program.
5. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 15 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

Dated: July 8, 2016

_Robert T. Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge